UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY JOSEPH MORTENSEN,<br><br>   Plaintiff,<br><br>  v.<br><br>HUMBOLDT COUNTY CORRECTION FACILITY, et al.,<br><br>   Defendants. | Case No. 24-cv-00933-HSG<br><br>**JUDGMENT** |
| GARY JOSEPH MORTENSEN,<br><br>   Plaintiff,<br><br>  v.<br><br>HUMBOLDT COUNTY CORRECTION FACILITY, et al.,<br><br>   Defendants. | Case No. 24-cv-00934-HSG |

The Court has dismissed these actions without prejudice. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 10/3/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge